AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

---

**OFFENSE CHARGED**

18 U.S.C. § 554 – Smuggling Goods from the United States

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:** Ten years of imprisonment, three years of supervised release, $250,000 fine, $100 special assessment, forfeiture.

---

**DEFENDANT - U.S**

EDIJALMA DE SOUZA FERREIRA
a/k/a Carlos Edijalma Ferreira

**DISTRICT COURT NUMBER**

CR24-00120 YGR

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Department of Homeland Security

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: Ismail J. Ramsey

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Michelle J. Kane

---

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**FILED**
Feb 27 2024
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:               Before Judge:

Comments:

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

VENUE: OAKLAND

CR24-00120 YGR

FILED
Feb 27 2024
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES OF AMERICA,

V.

EDIJALMA DE SOUZA FERREIRA
a/k/a Carlos Edijalma Ferreira

DEFENDANT(S).

# INDICTMENT

18 U.S.C. § 554 – Smuggling Goods from the United States; 18 U.S.C. § 2 – Aiding and Abetting

18 U.S.C. § 981(a)(1)(C), 21, U.S.C. § 853, 28 U.S.C. § 2461(c) – Forfeiture Allegation.

A true bill.

/s/ Foreperson of the Grand Jury
                                          Foreman

Filed in open court this 27th   day of

February, 2024

Julia Fox
             Deputy Clerk

Bail, $ Arrest Warrant

PETER H. KANG
U.S. Magistrate Judge

Peter H. Kang
United States Magistrate Judge

1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

FILED

Feb 27 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR24-00120 YGR |
| Plaintiff, | VIOLATIONS: |
| v. | 18 U.S.C. § 554 – Smuggling Goods from the United States; 18 U.S.C. § 2 – Aiding and Abetting |
| EDIJALMA DE SOUZA FERREIRA, | 18 U.S.C. § 981(a)(1)(C), 21, U.S.C. § 853, 28 U.S.C. § 2461(c) – Forfeiture Allegation. |
| a/k/a Carlos Edijalma Ferreira | |
| Defendant. | OAKLAND VENUE |

# INDICTMENT

The Grand Jury charges:

### Introductory Allegations

At all times relevant to this Indictment:

1. Defendant, EDIJALMA DE SOUZA FERREIRA, was an individual residing in the Northern District of California.

2. FERREIRA did not have a license or any authorization to export any items from the United States to Brazil.

3. On approximately June 7, 2021, a shipping container identified by the container code HASU4580156 and Internal Transaction Number ("ITN") X20210601697709 was exported from the

INDICTMENT

Port of Oakland to Brazil.

4. On approximately June 12, 2021, a shipping container identified by the container code CAAU5263987 and ITN X2021068091384 was exported from the Port of Oakland to Brazil.

COUNT ONE:    (18 U.S.C. § 554 – Smuggling Goods from the United States)

5. Paragraphs one to four above are re-alleged and incorporated as if fully set forth here.

6. On or about June 7, 2021, in the Northern District of California, and elsewhere, the defendant,

EDIJALMA DE SOUZA FERREIRA,

and others known and unknown to the grand jury, fraudulently and knowingly exported and sent from the United States and caused to be exported and sent from the United States, merchandise, articles, and objects, specifically, the ammunition set forth in Attachment 1 to this Indictment, contrary to laws and regulations of the United States, specifically, the Export Control Reform Act and associated regulations, Title 50, United States Code, Sections 4819(a)(1), 4819(a)(2)(A)-(G), and 4819(b), and Title 15, Code of Federal Regulations, Sections 736.2(b)(1), and 764.2, and fraudulently and knowingly received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, articles, and objects, prior to exportation, knowing the same to be intended for exportation contrary to such laws and regulations of the United States.

All in violation of Title 18, United States Code, Sections 554 and 2.

COUNT TWO:    (18 U.S.C. § 554 – Smuggling Goods from the United States)

7. Paragraphs one to four above are re-alleged and incorporated as if fully set forth here.

8. On or about June 12, 2021, in the Northern District of California, and elsewhere, the defendant,

EDIJALMA DE SOUZA FERREIRA,

and others known and unknown to the grand jury, fraudulently and knowingly exported and sent from the United States and caused to be exported and sent from the United States, merchandise, articles, and objects, specifically, the ammunition set forth in Attachment 2 to this Indictment, contrary to laws and regulations of the United States, specifically, the Export Control Reform Act and associated regulations, Title 50, United States Code, Sections 4819(a)(1), 4819(a)(2)(A)-(G), and 4819(b), and Title 15, Code

of Federal Regulations, Sections 736.2(b)(1), and 764.2, and fraudulently and knowingly received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, articles, and objects, prior to exportation, knowing the same to be intended for exportation contrary to such laws and regulations of the United States.

All in violation of Title 18, United States Code, Sections 554 and 2.

FORFEITURE ALLEGATION

9. The allegations contained in the sole count of this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

10. Upon conviction of the offense set forth in this Indictment, the defendant,

EDIJALMA DE SOUZA FERREIRA,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, including, but not limited to, the property listed in Attachments 1 and 2 to this Indictment.

11. If any of the property described above, as a result of any act or omission of the defendant:
    a. cannot be located upon exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

//

INDICTMENT      3

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 21, United States Code, Section 853(p), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: 2/27/2024                              A TRUE BILL.

                                              /s/

                                              _____
                                              FOREPERSON

ISMAIL J. RAMSEY
United States Attorney

/s/ Michelle J. Kane
_____
MICHELLE J. KANE
Assistant United States Attorney

INDICTMENT                                    4

## ATTACHMENT 1

| Quantity | Description | ECCN |
|---|---|---|
| 1,000 | 10 BOXES - 100 UNITS OF BULLETS CALIBER 30 (BARNES 175 GR) | 0A505.x |
| 500 | 10 BOXES - 50 UNITS OF BULLETS CALIBER 30 (BARNES 180GR) | 0A505.x |
| 2,000 | 4 BOXES - 500 UNITS OF BULLETS CALIBER 30 (SIERRA 175GR) | 0A505.x |
| 500 | 1 BOX - 500 UNITS OF BULLETS CALIBER 30 (SIERRA TIPPED 168 GR) | 0A505.x |
| 1,000 | 4 PACKAGES - 250 UNITS OF NOSLER BRASS (223 REMINGTON) | 0A505.x |
| 200 | 2 BOXES - 100 UNITS (LAPUA 260 REM 7.62X51MM) | 0A505.x |
| 100 | 100 UNITS UNPRIMED BRASS (LAPUA 308 WINCHESTER 7.62 x 51MM) | 0A505.x |
| 700 | 7 BOXES - 100 UNITS OF BULLETS CALIBER 38(BARNES 55GR) | 0A505.x |
| 200 | 2 BOXES - 100 UNITS EACH - BULLETS CALIBER 30 (BERGER 185GR) | 0A505.x |
| 500 | 1 BOX - 500 UNITS OF BULLETS CALIBER 30 (BERGER 185GR) | 0A505.x |
| 100 | 2 BOXES - 50 UNITS EACH - BULLETS CALIBER 22 (SIERRA 77 GR) | 0A505.x |
| 50 | 1 BOX - 50 UNITS OF BULLETS CALIBER 375 (SWIFT A-FRAME 300GR) | 0A505.x |
| 1,000 | 10 BOXES - 100 UNITS EACH BULLETS CALIBER 30 (SIERRA 175GR) | 0A505.x |
| 500 | 5 BOXES - 100 UNITS EACH BULLETS CALIBER .30 (SIERRA TIPPED 168GR) | 0A505.x |

ATTACHMENT 2

| Quantity | Description | ECCN |
|---|---|---|
| 2500 | 5 BOXES - 500 UNITS EACH BULLETS CALIBER 30 .308" (SIERRA 168GR) | 0A505.x |
| 1200 | 12 BOXES - 100 UNITS EACH BULLETS CALIBER 30 .308" (SIERRA 168GR) | 0A505.x |
| 600 | 6 BOXES - 100 UNITS EACH BULLETS CALIBER 30 .308" (SIERRA 175GR) | 0A505.x |
| 800 | 8 BOXES - 100 UNITS OF BULLETS CALIBER .30 (BERGER 175 GR) | 0A505.x |
| 2500 | 10 PACKAGES - 250 UNITS OF NOSLER BRASS (223 REMINGTON) | 0A505.x |
| 3000 | 6 BOXES - 500 UNITS EACH - BULLETS CALIBER 22 (SIERRA 77 GR) | 0A505.x |
| 100 | 2 BOX - 50 UNITS OF BULLETS CALIBER 375 (SWIFT A-FRAME 300GR) | 0A505.x |
| 98 | 1 BOX - 100 UNITS EACH BULLETS CALIBER 30 (SIERRA TIPPED 168GR) | 0A505.x |
| 100 | 1 BOX - 100 UNITS OF LAPUA RELOADING BRASS .338 | 0A505.x |
| 1500 | 3 BOXES - 500 UNITS EACH BULLETS CALIBER 30 .308" (SIERRA 175GR) | 0A505.x |