UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| USA, | Case No. 4:24-cr-00120-YGR-1 (DMR) |
| Plaintiff. | |
| v. | **INITIAL ORDER RE:** |
| EDIJALMA DE SOUZA FERREIRA, | **CONTRIBUTION TO COST OF COURT-APPOINTED COUNSEL** |
| Defendant. | |

Edijalma De Souza Ferreira, is a Defendant in this criminal matter. The Court has found Defendant eligible for appointment of counsel under the Criminal Justice Act, 18 U.S.C. Section 3006(A), and has further found that Defendant is financially able to make partial payment for the representation.

IT IS HEREBY ORDERED:

Defendant will pay **$ 200.00 per month** towards the cost of representation beginning **March 15, 2024** and the same day each month thereafter, until the case is concluded or until further order of Court.

The check should be made payable to "Clerk, United States District Court" and mailed to: United States District Court, Attn: Clerk's Office, 450 Golden Gate Avenue, San Francisco, CA 94102; the above case number should be written on the memo line of the check.

When the case is concluded, the Court will hold a hearing to determine whether defendant will be required to reimburse the Court for additional costs of the court-appointed legal representation herein.

IT IS SO ORDERED.

Dated: March 6, 2024

DONNA M. RYU
Chief Magistrate Judge

*CJA_Contribution_Order_Cham*
*rev. June 2018*