1  JODI LINKER
   Federal Public Defender
2  Northern District of California
   ANGELA MILELLA HANSEN
3  Assistant Federal Public Defender
   13th Floor Federal Building - Suite 1350N
4  1301 Clay Street
   Oakland, CA 94612
5  Telephone: (510) 637-3500
   Facsimile: (510) 637-3507
6  Email:     Angela_Hansen@fd.org

7

8  Counsel for Defendant FERREIRA

9

10                 IN THE UNITED STATES DISTRICT COURT

11                FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13

14  UNITED STATES OF AMERICA,            Case No.: CR 24–0120 YGR (DMR)

15              Plaintiff,                **STIPULATION AND ORDER TO
                                          VACATE ATTORNEY APPOINTMENT
16         v.                             HEARING DATE**

17  EDIJALMA FERREIRA,                   **The Hon. Donna M. Ryu**

18              Defendant.

19

20       The above-captioned matter is set on May 24, 2024, at 10:30 a.m., before the Honorable Donna

21  M. Ryu, for an attorney appointment status hearing. For the reasons set forth below, the parties

22  jointly request that the Court vacate this hearing date.

23       On May 9, 2024, after defense counsel presented additional information about Mr. Ferreira's

24  finances and raised concerns that he would not have sufficient funds to afford an attorney through the

25  resolution of this case, the Court agreed to appoint the Federal Public Defender but increased Mr.

26  Ferreira's monthly contribution amount to $2000.00. Defense counsel asked the Court to set this

27  matter for a status hearing so that she could privately speak to Mr. Ferreira about the Court's decision

28  and increased contribution amount to see if he preferred to hire an attorney.

STIPULATION AND ORDER,
*FERREIRA*, CR 24–0120 YGR (DMR)

1

After consultation, Mr. Ferreira reported that he would like to proceed with appointed counsel even with the increased monthly contribution amount. As a result, the parties agree that the attorney appointment status hearing is unnecessary and jointly request that the court vacate the May 24, 2024 hearing date.

DATED: May 16, 2024                     /S/
ANGELA M. HANSEN
Assistant Federal Public Defender

DATED: May 16, 2024                     /S/
MICHELLE J. KANE
Assistant United States Attorney

**ORDER**

Based on the reasons provided in the stipulation of the parties, and for good cause shown, the Court hereby vacates the attorney appointment status hearing date of May 24, 2024, at 10:30 a.m. It is FURTHER ORDERED that Mr. Ferreira shall now pay $2000.00 per month towards the cost of representation beginning May 20, 2024 and the same day each month thereafter, until further order of Court.

May 20, 2024
DATE

IT IS SO ORDERED
Judge Donna M. Ryu

_____
THE HON. DONNA M. RYU
Chief United States Magistrate Judge

STIPULATION AND ORDER,
*FERREIRA*, CR 24–0120 YGR (DMR)