|   |   |
|---|---|
| 1 | JODI LINKER |
| 2 | Federal Public Defender<br>Northern District of California |
| 3 | ANGELA MILELLA HANSEN<br>Assistant Federal Public Defender |
| 4 | 13th Floor Federal Building - Suite 1350N<br>1301 Clay Street |
| 5 | Oakland, CA 94612<br>Telephone:   (510) 637-3500 |
| 6 | Facsimile:    (510) 637-3507<br>Email:         Angela_Hansen@fd.org |
| 7 |  |
| 8 | Counsel for Defendant FERREIRA |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 24–0120 YGR |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE MAY 28, 2025, CHANGE OF PLEA HEARING TO JULY 31, 2025, AND TO EXCLUDE TIME** |
| v. |  |
| EDIJALMA FERREIRA, |  |
| Defendant. |  |

The above-captioned matter is set on May 28, 2025, before this Honorable Court, for a change of plea hearing. The parties jointly request that the Court continue this matter to July 31, 2025, at 2:00 p.m., for a change of plea hearing, and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), through July 31, 2025.

Mr. Ferreira is charged in a two-count Indictment with violations of 18 U.S.C. § 554, smuggling goods from the United States. On May 16, 2024, the Federal Public Defender was appointed to represent him on these charges. The government has produced discovery and continues to supplement its production. Counsel for Mr. Ferreira needs additional time to research and to

confer with government counsel and an expert on a complicated immigration-related matter related to the defendant's change of plea.  Additionally, defense counsel is out of the office and on leave between June 17, 2025, through July 6, 2025, and unable to work on her client's case during this time frame.

For these reasons, the parties agree that it is appropriate to continue this matter to July 31, 2025.  The parties agree that time should be excluded under the Speedy Trial Act through July 31, 2025, to give Mr. Ferreira and his counsel time to research the consequences of his plea and to prepare his case for future proceedings.  Time should also be excluded for continuity of counsel based on defense counsel's scheduled upcoming leave.  The parties further agree that the failure to grant such an exclusion would deny the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

For all these reasons, the parties stipulate and agree that excluding time until July 31, 2025, will allow for the effective preparation of counsel and continuity of counsel. See 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from May 28, 2025 to July 31, 2025, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

DATED: May 22, 2025                                    /S/
                                                                    ANGELA M. HANSEN
                                                                    Assistant Federal Public Defender

DATED: May 22, 2025                                    /S/
                                                                    MICHELLE J. KANE
                                                                    Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER,
*FERREIRA*, CR 24–0120 YGR

**[PROPOSED] ORDER**

Based on the reasons provided in the stipulation of the parties, and for good cause shown, the Court hereby ORDERS that the change of plea hearing date of May 28, 2025, at 2:00 p.m., is vacated and reset for a change of plea hearing on July 31, 2025, at 2:00 p.m. It is FURTHER ORDERED that time is excluded, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), through July 31, 2025.

_____  _____
DATE                                              THE HON. YVONNE GONZALEZ ROGERS
                                                  United States District Judge